UNITED STATES DISTRICT COURT  **REDACTED**
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         **ORDER**
                          Criminal File No. 04-89 (MJD/JSM)

(1) OLATEJU OLANIYI,

        Defendant.

Nathan P. Petterson, Assistant United States Attorney, Counsel for Plaintiff.

James Brian Sheehy, Sheehy Law Office, Counsel for Defendant.

**IT IS HEREBY ORDERED** that:

The Clerk of Court shall release the five thousand dollar ($5,000.00) surety appearance bond for Defendant Olateju Olaniyi in the above case, receipt #430774, dated March 4, 2004, to Mary Rettig, ▬▬▬▬▬▬▬▬ St. Louis Park, Minnesota ▬▬▬.

Dated: July 28, 2005             s/ Michael J. Davis
                                          Judge Michael J. Davis
                                          United States District Court